**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 16-13061 |
| John J. Pappas, Sr., ) | Chapter 11 |
| ) | Judge Pamela S. Hollis |
| *Debtor*. ) | |
| ) | |

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 16th day of May, 2019 at 10:00 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Pamela S. Hollis, Bankruptcy Judge, in the room usually occupied by her as courtroom 644 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her place and stead and shall present the Motion For Entry of Final Decree, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/David K. Welch
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash, 21st Floor
Chicago, Illinois 60611
(312) 840-7000

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice of Motion and attached Motion to be served on the parties listed on the attached service list via the Court's Electronic Filing System (ECF), who are entitled to receive such notice, and via U.S. Mail (where indicated) upon the attached service list, properly addressed and postage prepaid, on the 24th day of April 2019.

/s/David K. Welch

# SERVICE LIST

**Via ECF:**

United States Trustee
219 S. Dearborn St., Suite 873
Chicago, IL 60604

Brandon R. Freud, Esq.
Ruff, Freud Breems & Nelson Ltd.
200 N. LaSalle St., Suite 2020
Chicago, IL 60601

Joel P. Fonferko, Esq.
Peter C. Bastianen, Esq.
Codilis & Associates PC
15W030 North Frontage Rd.
Suite 100
Burr Ridge, IL 60527

JP Morgan Chase Bank, N.A.
c/o Amanda J. Weise
Heavner Beyers & Mihlar, LLC
111 E. Main Street
Decatur, Illinois 62525-0740

David P. Leibowitz
Lakelaw
53 West Jackson Blvd., Suite 1610
Chicago, IL 60604

John J. Scharkey
Sweeney & Scharkey, LLC
111 West Washington Street
Suite 1160
Chicago, IL 60602

Alyssa Mogul, Esq
Grund & Leavitt PC
812 N. Dearborn St.
Chicago, IL 60610

Lawrence M. Benjamin
Reed Smith LLP
10 South Wacker Drive, 40th FL
Chicago, IL 60606

**Via Mail**:

John J. Pappas, Jr.
23 W. County Line Rd.
Barrington Hills, IL 60010

Ashley Funding Services, LLC
its successors and
assigns as assignee of Laboratory
Corporation of America Holdings
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Capital One NA
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Chase Freedom
PO Box 15153
Wilmington, DE 19886

Chase Rapid Rewards Mastercard
PO Box 15153
Wilmington, DE 19886

Department of Treasury-Internal Revenue
Service
230 S. Dearborn
Room 2600, M/S 5014CHI
Chicago, IL 60604

Home Depot-Citibank
PO Box 790328
Saint Louis, MO 63179

HSBC Bank National Association, as
Trustee
c/o Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
P.O. Box 24605
West Palm Beach, FL 33416-4605

2

J&B Mechanical, Inc.
128 West Pratt Blvd.
Schaumburg, IL 60172

JPMorgan Chase Bank, N.A.
c/o Heavner, Beyers & Mihlar, LLC
Post Office Box 740
Decatur, IL 62525

JPMorgan Chase Bank, N.A. National
Bankruptcy Dept.
P.O. Box 29505 AZ1-1191
Phoenix, AZ 85038-9505

Mazda Capital Services
PO Box 78074
Phoenix, AZ 85062

Nordstrom Bank Visa
PO Box 79137
Phoenix, AZ 85062-9137

Ocwen Loan Servicing LLC
PO Box 24738
West Palm Beach, FL 33416-4738

Ocwen Loan Servicing, LLC as servicer for
HSBC BAN
c/o Codilis & Associates
15W030 N. Frontage Road, Suite 100
Burr Ridge, IL 60527

Pappas & Healy LLC
221 N LaSalle St Suite 5400
Chicago, IL 60610

PNC Bank
2739 Liberty Ave.
Pittsburgh, PA 15222

PNC BANK, N.A.
PO BOX 94982
CLEVELAND, OHIO 44101

Sears Mastercard
PO Box 9001055
Louisville, KY 40290-1055

Wintrust Bank
Brandon R Freud
200 N LaSalle St, Suite 2020
Chicago, IL 60601

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | No. 16-13061 |
| JOHN J. PAPPAS, SR., ) | Chapter 11 |
| ) | Hon. Pamela S. Hollis |
| *Debtor*. ) | |

## MOTION OF DEBTOR FOR ENTRY OF FINAL DECREE

JOHN J. PAPPAS, SR., Debtor herein, by his attorneys, makes his Motion for Entry of Final Decree and in support thereof, states as follows:

## INTRODUCTION

1. On April 18, 2016, the Debtor filed his voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. On October 4, 2019, this Court entered an order confirming the Debtor's Plan of Reorganization ("Plan").

3. The Debtor has made timely payments to date to all creditors as required by the Plan. Accordingly, the Plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code.

4. The Debtor requests the entry of a Final Decree pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, for the foregoing reasons, the Debtor, JOHN J. PAPPAS, SR. requests the entry of a Final Decree closing this Chapter 11 case and for such other relief as may be just and appropriate.

Respectfully submitted,

JOHN J. PAPPAS, SR., *Debtor*


By:/s/ David K. Welch
    One of Its Attorneys

**DEBTOR'S COUNSEL:**
David K. Welch, Esq. (Atty. No. 06183621)
Brian P. Welch, Esq. (Atty. No. 6307292)
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Ave., Suite 2100
Chicago, Illinois 60611
Tel: (312)840-7100